SHARTSIS FRIESE LLP
ROEY Z. RAHMIL (Bar #273803)
rrahmil@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:    (415) 421-6500
Facsimile:     (415) 421-2922

Attorneys for Defendant DASHIELL SHAPIRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIAO SHENG LIU a.k.a. VINCENT YAP, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE; and DASHIELL SHAPIRO, an individual,<br><br>　　　　　Defendants. | Case No. 3:22-cv-4616 RS<br><br>***ASSIGNED FOR ALL PURPOSES TO HON. RICHARD SEEBORG***<br><br>**ORDER EXTENDING DISCOVERY DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE AS MODIFIED BY THE COURT**<br><br>Complaint Filed: August 11, 2022<br>Trial Date:　　　February 12, 2024 |

Based on the Stipulation of the Parties, and good cause appearing, the Court hereby amends the current Scheduling Order (Dkt. No. 24) as follows:

1. The close of fact discovery should be extended to July 28, 2023;

2. Initial expert disclosures shall be due on September 4, 2023;

3. Rebuttal expert disclosures shall be due on October 4, 2023;

4. The expert discovery cut-off should be November 1, 2023; and

5. Further Case Management Conference shall be continued to September 21, 2023. All other dates in the Scheduling Order remain unchanged.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 27, 2023

_____
HON. RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE