United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAO SHENG LIU,<br><br>        Plaintiff,<br><br>    v.<br><br>DASHIELL SHAPIRO,<br><br>        Defendant. | Case No. 22-cv-04616-RS<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND REQUIRING APPEARANCE TO AVOID DISMISSAL** |

       Pursuant to Civil Local Rule 7-1(b), the unopposed motion of plaintiff's counsel for leave to withdraw is suitable for disposition without oral argument, and the hearing set for February 1, 2024, is vacated. Good cause appearing, the motion is granted. Pursuant to Civil Local Rule 11-5(b), papers may continue to be served on counsel for forwarding purposes, unless and until plaintiff appears by other counsel or pro se, and withdrawing counsel shall make all reasonable efforts to notify plaintiff of this provision.

       Counsel report they previously received indirect communications from their client indicating he was considering abandoning this action, and that more recently their inquiries directed to the client and his representatives have gone unanswered. Accordingly, if plaintiff intends to pursue this action, he must file a statement that he intends to represent himself, or new counsel must enter an appearance on his behalf, no later than February 23, 2024. If plaintiff fails to respond to this order, the case will be dismissed without prejudice, for failure to prosecute, without further notice.

**IT IS SO ORDERED**.

Dated: January 29, 2024

_____
RICHARD SEEBORG
Chief United States District Judge