1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9

10   XIAO SHENG LIU,                          Case No. 22-cv-04616-RS

           Plaintiff,

11

     v.                                        **ORDER DISMISSING ACTION**

12

13   DASHIELL SHAPIRO,

           Defendant.

14

15

16          By order entered January 29, 2024, plaintiff was advised that unless, no later than February

17   23, 2024, he filed a statement that he would represent himself, or new counsel appeared on his

18   behalf, the case would be dismissed. No response to the order having been filed, and the deadline

19   having expired, this action is dismissed.

20

21   **IT IS SO ORDERED**.

22

23   Dated: February 26, 2024

24   _____

25   RICHARD SEEBORG
     Chief United States District Judge

26

27

28

United States District Court
Northern District of California